AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: **EASTERN DISTRICT OF LOUISIANA** |
|---|---|
| Name (under which you were convicted):<br>**CARLOS A. RODRIGUEZ** | Docket or Case No.: |
| Place of Confinement:<br>**DAVID WADE CORRECTIONAL CENTER** | Prisoner No.:<br>**127087** |

| Petitioner (include the name under which you were convicted)<br>**CARLOS A. RODRIGUEZ** | v. | Respondent (authorized person having custody of petitioner)<br>**JERRY GOODWIN, Warden** |
|---|---|---|
| The Attorney General of the State of: **LOUISIANA** | | |

**20-03083**

**SECT.MMAG.2**

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   **22nd JUDICIAL DISTRICT COURT - PARISH OF ST. TAMMANY**
   **CONVINGTON, LOUISIANA**

   (b) Criminal docket or case number (if you know): **465867-1 "B"**

2. (a) Date of the judgment of conviction (if you know): **2016**

   (b) Date of sentencing: **2016**

3. Length of sentence: **LIFE IMPRISONMENT WITHOUT PAROLE, PROBATION OR SUSP.**

4. In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   **N/A**

   TENDERED FOR FILING

   NOV 12 2020

   U.S. DISTRICT COURT
   Eastern District of Louisiana
   Deputy Clerk

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty            ☐ (4) Insanity plea

X Fee  Pauper
___ Process
___ Dktd
___ CtRmDep
___ Doc. No.

AO 241 (Rev. 09/17)

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

**N/A**

    (c) If you went to trial, what kind of trial did you have? (Check one)

       ☒ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes     ☒ No

8. Did you appeal from the judgment of conviction?

    ☒ Yes     ☐ No

9. If you did appeal, answer the following:

    (a) Name of court: **FIRST CIRCUIT COURT OF APPEAL**
    (b) Docket or case number (if you know): **No. 17-KA-0245**
    (c) Result: **CONVICTION AND SENTENCE AFFIRMED**
    (d) Date of result (if you know): **SEPTEMBER 15, 2017**
    (e) Citation to the case (if you know): **2017 La.App.Unpub. LEXIS 286**
    (f) Grounds raised: **1); DENIAL OF MOTION FOR POSTVERDICT JUDGMENT OF ACQUITTAL; and**

        **2): SUFFICIENCY OF THE EVIDENCE**

    (g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

        If yes, answer the following:

        (1) Name of court: **N/A**
        (2) Docket or case number (if you know): **N/A**
        (3) Result: **N/A**

AO 241 (Rev. 09/17)

  (4) Date of result (if you know):   **N/A**

  (5) Citation to the case (if you know):   **N/A**

  (6) Grounds raised:   **N/A**

 (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

  If yes, answer the following:

  (1) Docket or case number (if you know):   **N/A**

  (2) Result:   **N/A**

   **N/A**

  (3) Date of result (if you know):   **N/A**

  (4) Citation to the case (if you know):   **N/A**

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

 (a) (1) Name of court:   **22nd JUDICIAL DISTRICT COURT - ST. TAMMANY**

  (2) Docket or case number (if you know):   **465857-1 "B"**

  (3) Date of filing (if you know):   **SEPTEMBER 30, 2018**

  (4) Nature of the proceeding:   **POST CONVICTION RELIEF APPLICATION**

  (5) Grounds raised:
  **1): THE TIME LIMITATION FOR THE PROSECUTION OF THE CASE EXPIRED BEFORE THE TRIAL STARTED;**
  **2): THE PROSECUTOR IMPROPERLY VOUCHED FOR THE TRUTHFULNESS AND CREDIBILITY OF STATE WITNESS DURING CLOSING ARGUMENTS;**
  **3): INEFFECTIVE ASSISTANCE OF COUNSEL; and**
  **4): DENIAL OF RIGHT TO TESTIFY IN HIS OWN DEFENSE, A VIOLATION OF THE SIXTH AND THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.**

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
  ☐ Yes ☒ No

  (7) Result:   **POST CONVICTION RELIEF APPLICATION WAS DENIED**

    (8) Date of result (if you know): **OCTOBER 8, 2019**

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: **N/A**

    (2) Docket or case number (if you know): **N/A**

    (3) Date of filing (if you know): **N/A**

    (4) Nature of the proceeding: **N/A**

    (5) Grounds raised: **N/A**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No     **N/A**

    (7) Result: **N/A**

    (8) Date of result (if you know): **N/A**

  (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: **N/A**

    (2) Docket or case number (if you know): **N/A**

    (3) Date of filing (if you know): **N/A**

    (4) Nature of the proceeding: **N/A**

    (5) Grounds raised: **N/A**

AO 241 (Rev. 09/17)

 (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes   ☐ No    **N/A**

 (7) Result:    **N/A**

 (8) Date of result (if you know):   **N/A**

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

 (1) First petition:   ☒ Yes   ☐ No

 (2) Second petition:   ☐ Yes   ☐ No

 (3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

**N/A**

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: **THE TIME FOR THE PROSECUTION OF THE CASE EXPIRED BEFORE THE TRIAL STARTED IN VIOLATION OF THE 14th AMENDMENT TO THE U.S. CONST.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**SEE ATTACHED MEMORANDUM IN SUPPORT**

(b) If you did not exhaust your state remedies on Ground One, explain why:

**N/A**

AO 241 (Rev. 09/17)

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: __PETITIONER WAS REPRESENTED BY COUNSEL.__

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __POST CONVICTION RELIEF APPLICATION__

Name and location of the court where the motion or petition was filed: __22nd JUDICIAL DISTRICT COURT - ST. TAMMANY PARISH - COVINGTON, LOUISIANA__

Docket or case number (if you know): __465867-1 "B"__

Date of the court's decision: __OCTOBER 8, 2019__

Result (attach a copy of the court's opinion or order, if available): __SEE EXHIBIT #3- DENIED__

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __FIRST CIRCUIT COURT OF APPEAL BATON ROUGE, LOUISIANA__

Docket or case number (if you know): __2019-KW-1619__

Date of the court's decision: __FEBRUARY 28, 2020__

Result (attach a copy of the court's opinion or order, if available): __SEE EXHIBIT #8 - DENIED__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

__N/A__

AO 241 (Rev. 09/17)

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**N/A**

GROUND TWO: **THE PROSECUTOR IMPROPERLY VOUCHED FOR THE TRUTHFULNESS AND CREDIBILITY OF STATE WITNESS DURING CLOSING ARGUMENTS, THIS IN VIOLATION OF THE 14TH AMENDMENT TO THE U.S. CONSTITUTION.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**SEE ATTACHED MEMORANDUM IN SUPPORT**

(b) If you did not exhaust your state remedies on Ground Two, explain why:

**N/A**

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: **PETITIONER WAS REPRESENTED BY COUNSEL.**

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **POST CONVICTION RELIEF APPLICATION**

Name and location of the court where the motion or petition was filed: **22nd JUDICIAL DISTRICT COURT - ST. TAMMANY PARISH - COVINGTON, LOUISIANA**

Docket or case number (if you know): **465867-1 "B"**

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision: __OCTOBER 8, 2019__

Result (attach a copy of the court's opinion or order, if available): __SEE EXHIBIT #3 - DENIED__

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __FIRST CIRCUIT COURT OF APPEAL BATON ROUGE, LOUISIANA__

Docket or case number (if you know): __2019-KW-1619__

Date of the court's decision: __FEBRUARY 28, 2020__

Result (attach a copy of the court's opinion or order, if available): __DENIED - SEE EXHIBIT #8__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

__N/A__

(e)   Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ____

__N/A__

GROUND THREE:   __PETITIONER RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL IN VIOLATION OF THE 6th & 14th AMENDMENTS TO THE UNITED STATES CONSTITUTION.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__SEE ATTACHED MEMORANDUM IN SUPPORT__

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

**N/A**

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: **PETITIONER WAS REPRESENTED BY COUNSEL**

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **POST CONVICTION RELIEF APPLICATION**

Name and location of the court where the motion or petition was filed: **22nd JUDICIAL DISTRICT COURT - ST. TAMMANY PARISH - COVINGTON, LOUISIANA**

Docket or case number (if you know): **465867-1 "B"**

Date of the court's decision: **OCTOBER 8, 2019**

Result (attach a copy of the court's opinion or order, if available): **DENIED - SEE EXHIBIT #3**

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **FIRST CIRCUIT COURT OF APPEAL BATON ROUGE, LOUISIANA**

Docket or case number (if you know): **2019-KW-1619**

Date of the court's decision: **FEBRUARY 28, 2020**

Result (attach a copy of the court's opinion or order, if available): **DENIED - SEE EXHIBIT #8**

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

**N/A**

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**N/A**

GROUND FOUR: **PETITIONER WAS DENIED HIS RIGHT TO TESTIFY IN HIS OWN DEFENSE IN VIOLATION OF THE 14th AMENDMENT TO THE U.S. CONSTITUTION, AND THE SIXTH AMENDMENT AS WELL.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**SEE ATTACHED MEMORANDUM IN SUPPORT**

(b) If you did not exhaust your state remedies on Ground Four, explain why:

**N/A**

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: **PETITIONER WAS REPRESENTED BY COUNSEL.**

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **POST CONVICTION RELIEF APPLICATION**

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: __22nd JUDICIAL DISTRICT COURT - ST. TAMMANY PARISH - COVINGTON, LOUISIANA__

Docket or case number (if you know): __465867-1 "B"__

Date of the court's decision: __OCTOBER 8, 2019__

Result (attach a copy of the court's opinion or order, if available): __DENIED/SEE EXHIBIT #3__

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __FIRST CIRCUIT COURT OF APPEAL BATON ROUGE, LOUISIANA__

Docket or case number (if you know): __2019-KW-1619__

Date of the court's decision: __FEBRUARY 28, 2020__

Result (attach a copy of the court's opinion or order, if available): __DENIED/SEE EXHIBIT #8__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

__N/A__

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: __N/A__

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: **N/A**

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **N/A**

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. **N/A**

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. **N/A**

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: __WILLIAM R. ALFORD__

(b) At arraignment and plea: __WILLIAM R. ALFORD__

(c) At trial: __KEVIN McNARY, BRUCE UNANGST, DAVID PRICE & BRUCE DODD__

(d) At sentencing: __BRUCE UNANGST, DAVID PRICE & KEVIN MCNARY__

(e) On appeal: __LA. APPELLATE PROJECT__

(f) In any post-conviction proceeding: __Pro se__

(g) On appeal from any ruling against you in a post-conviction proceeding: __Pro se__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

__N/A__

(b) Give the date the other sentence was imposed: __N/A__

(c) Give the length of the other sentence: __N/A__

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No __N/A__

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

__AFTER PETITIONER'S CONVICTION, A DIRECT APPEAL WAS FILED WITH WITH THE FIRST CIRCUIT COURT OF APPEAL, WHERE HIS CONVICTION AND WERE AFFIRMED. (No. 2017-KA-0245 - SEPT. 15/2017).__
__PETITIONER, WITH NO KNOWLEDGE OF THE LAW, STARTED DEPENDING ON THE HELP OF THE OFFENDER COUNSEL SUBSTITUTES, AND COMPLETELY__

AO 241 (Rev. 09/17)

<u>IGNORANT OF THE LAW, WAS NOT AWARE OF HIS STEP WITH THE LA. SUPREME COURT AFTER THE RULING OF THE FIRST CIRCUIT ON DIRECT APPEAL AFFIRMING HIS CONVICTION AND SENTENCE; ALSO THE LACK OF LEGAL ASSISTANCE BECAME AN IMPEDIMENT WHILE HOUSED AT DIFFERENT INSTITUTIONS.</u>

<u>FINALLY, WITH THE HELP OF AN OFFENDER COUNSEL AT ANGOLA, I HAD THE OPPORTUNITY OF FILING A POST CONVICTION RELIEF APPLICATION. WHILE WAITING FOR A RULING FROM THE LOUISIANA SUPREME COURT ON MY POST CONVICTION RELIEF APPLICATION, COVID-19 BECAME OUR WORST NIGHTMARE AS THE INSTITUTION SUSPENDED ACCESS TO THE LAW LIBRARY, LIMITING THE OFFENDER POPULATION TO THE SERVICES PROVIDED BY THE OFFENDER COUNSELS, RESEARCHING AND PROVIDING THE OFFENDERS WITH CASE TO HELP IN THE FILING OF COURT DOCUMENTS.</u>

<u>ALSO, QUARANTINE BECAME A BIGGER ISSUE, AS WE WERE NOT ALLOWED TO HAVE CONTACT WITH OTHER OFFENDERS OUTSIDE OF OUR LIVING QUARTERS.</u>

<u>THEREFORE, PETITIONER PRAYS THIS COURT CONSIDERS THE FACTS AS STATED HEREIN, AND ALLOW PETITIONER TO PROCEED WITH HIS PETITION.</u>

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: **THAT HIS HABEAS CORPUS PETITION UNDER 28 U.S.C. § 2254 BE GRANTED AND HIS CONVICTION AND SENTENCE VACATED AND A NEW TRIAL BE GRANTED.**

or any other relief to which petitioner may be entitled.

**N/A**

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _November 6/2020_ (month, date, year).

Executed (signed) on _06 November 2020_ (date).

**CARLOS A. RODRIGUEZ, DOC #127087**

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N/A