UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS RODRIGUEZ | CIVIL ACTION |
| VERSUS | NO. 20-3083 |
| JERRY GOODWIN, WARDEN | SECTION M (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the magistrate judge's Report & Recommendation ("R&R"),[1] and the petitioner's objections to the R&R,[2] hereby overrules the petitioner's objections, approves the R&R, and adopts it as the Court's opinion in this matter. In his objections, the petitioner reiterates the same arguments presented to the magistrate judge, which the magistrate judge thoroughly and correctly analyzed in the R&R. Therefore,

IT IS ORDERED that the petition of Carlos Rodriguez for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be DENIED and DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 10th day of May, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 12.
[2] R. Doc. 13.